BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RAMOS-GIL

C 07 02575 RMW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00784 RMW |
| Plaintiff, | DEFENDANT'S SUPPLEMENTAL MOTION TO CORRECT SENTENCE PURSUANT TO 28 U.S.C §2255, OR, IN THE ALTERNATIVE F.R.C.P. 35(a) |
| vs. | |
| DANIEL RAMOS-GIL, | |
| Defendant. | |

On January 23, 2007 this court held a hearing regarding Mr. Ramos-Gil's request for re-sentencing pursuant to F.R.C.P. 35(a). At that hearing the court indicated that it would treat the request as having been made pursuant to 28 U.S.C. §2255 and indicated an inclination to re-sentence the defendant to 30 months, a term which both parties agree would represent the low end of the range of an accurate calculation of the Sentencing Guidelines applicable to this case. The case was continued in part because Mr. Ramos-Gil indicated that, in addition to the claim of sentencing error raised by his original Rule 35(a) motion, he wished to further challenge the sentence on the basis that the Guideline included an adjustment for a 1992 conviction which he denied as of the January 23 hearing..

Subsequent to the January 23, 2007 hearing, the government has provided additional

1  discovery regarding the disputed conviction. After reviewing the discovery, Mr. Ramos-Gil
2  withdraws his denial of the conviction and agrees that a sentence of 30 months represents both
3  the low end of the applicable guideline range in his case, and a reasonable sentence pursuant to
4  18 U.S.C. §3553(a). Mr. Ramos-Gil renews his request for re-sentencing whether under the
5  court's proposed basis, treating his earlier motion as a Petition made pursuant to 28 U.S.C.
6  §2255, or as a correction of sentence pursuant to F.R.C.P. 35(a).
7  Dated: MARCH 16, 2007

                                Respectfully submitted,

                                BARRY J. PORTMAN
                                Federal Public Defender

                                /S/

                                JAY RORTY
                                Assistant Federal Public Defender