*E-FILED *

CRIMINAL MINUTE ORDER

JUDGE: Ronald M. Whyte          REPORTER: Lee-Anne Shortridge

DATE: May 14, 2007               TIME: 9:00 am

CRIMINAL NO.: CR-06-00784-RMW

TITLE: UNITED STATES OF AMERICA   -v- DANIEL RAMOS-GIL
       APPEARANCES:                   (P) (C)

PLTF: AUSA: J. Fazioli           DEFT: R. Pointer
       INTERPRETER:                    L. Acre

COURT ACTION: RE-SENTENCE

Hearing Held. Defense counsel has reviewed and researched the defendant's medical records and medication the defendant was taken at the time of the change of plea. The Court's ruling on defendant's motion to amend/correct is to grant the motion and treat the motion as a 2255 motion. The motion is granted on the basis of due process violation. The Court re-sentenced the defendant to the custody of the B.O.P. for a period of 30 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years. The defendant is ordered to pay a special assessment in the amount of $100, which shall be due immediately. No fine is imposed. See Amended Judgment for specifics.

/s/ Jackie Garcia
JACKIE GARCIA
Courtroom Deputy